■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WRIGHT, Appellant. [767 NYS2d 876]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered March 13, 2002, convicting him of criminal sale of a controlled substance in the

third degree and criminal mischief in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the trial court erred in refusing to give a missing witness charge. However, since the defendant waited until both sides rested at the close of evidence to request the charge, his request was untimely and thus properly denied (*see People v Gonzalez,* 68 NY2d 424 [1986]; *People v Asphill,* 208 AD2d 550 [1994]; *People v Woodford,* 200 AD2d 644 [1994]; *People v Simmons,* 188 AD2d 668, 669 [1992]; *People v Catoe,* 181 AD2d 905 [1992]).

In any event, the defendant failed to meet his burden of establishing that the undercover police detective was in a position close enough to the transaction to offer material testimony about the seller's identity, and that the detective's testimony would not be cumulative (*see People v Kitching,* 78 NY2d 532 [1991]; *People v Gonzalez, supra; People v O'Hara,* 253 AD2d 560 [1998]). Smith, J.P., McGinity, Luciano and Townes, JJ., concur.